COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



### ORDER OF DISMISSAL

Appellate case name:      Julie Pratz v. Blake Andrew Pratz

Appellate case number:    01-20-00614-CV

Trial court case number:   2018-76641

Trial court:              309th District Court of Harris County

This appeal is related to a previously filed notice of appeal filed by Blake Andrew Pratz, arising out of the same underlying trial court cause number. The related case was assigned to this Court and designated Case No. 01-20-00529-CV. Pursuant to its docket equalization powers, on July 30, 2020, the Supreme Court of Texas transferred the related case to the Twelfth Court of Appeals District, Tyler, Texas. *See* Misc. Docket No. 20-9090 (Tex. July 30, 2020). After its transfer, the related case was designated Case No. 12-20-00187-CV.

After the transfer of the related case, on September 1, 2020, this Court received appellant, Julie Pratz's notice of appeal from the trial court's April 27, 2020 Decree of Divorce. Because the related case is pending before the Twelfth Court of Appeals District, Tyler, Texas pursuant to the Texas Supreme Court's July 30, 2020 order, we **dismiss** this appeal.

We further direct the Clerk of this Court that this appeal is to be administratively closed.

It is so ORDERED.

Judge's signature: \_\_\_\_/s/ Evelyn V. Keyes_____
                     ☑ Acting individually    ☐ Acting for the Court

Date: \_\_\_November 24, 2020\_\_\_\_\_